DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENJAMIN A. STEPHENSON,**
Appellant,

v.

**JENNIFER DUCLAIR** and **DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM,**
Appellees.

No. 4D2025-1936

[August 13, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Darren Dunifon Shull, Judge; L.T. Case No. 502007DR015161XXXXMB.

Benjamin A. Stephenson, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Senior Assistant Attorney General, Fort Lauderdale, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***